| | |
|---|---|
| Aaron L. Agenbroad (State Bar No. 242613)<br>Allison B. Moser (State Bar No. 223065)<br>Allison E. Crow (State Bar No. 279078)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     +1.415.626.3939<br>Facsimile:      +1.415.875.5700<br>Email:  alagenbroad@JonesDay.com<br>Email:  amoser@JonesDay.com<br>Email:  acrow@JonesDay.com | Manuel A. Juarez (SBN 200706)<br>LAW OFFICES OF MANUEL A. JUAREZ<br>2413 Cedar St., Ste. 200<br>Berkeley, CA 94709<br>Tel: 510.841.6164<br>Fax: 510.841.6164<br>Email: BayLaw1@yahoo.com<br><br>Attorney for Plaintiff<br>JAIMEN JOAQUIN DOMINIQUEZ |

Danny Wan (State Bar. No. 168323)
Daniel Connolly (State Bar No. 136005)
PORT OF OAKLAND
530 Water Street
Oakland, CA 94607
Telephone:  (510) 627-1342
Facsimile:   (510) 444-2093
Email: dwan@portoakland.com
Email: dconnolly@portoakland.com

Attorneys for Defendants
PORT OF OAKLAND, WILLIAM MORRISON; KENNETH TAYLOR; OMAR BENJAMIN; WILLIAM EDWARD; KIMBERLY A. LINDERME; CHERYL PERRY LEAGUE; GINA CARRADINE; MICHAEL MITCHELL; TED MANKOWSKI; JOEL EICHENBERRY; GARY RUTLAND; DENYCE HOLSEY AND FRANKIE JOHNSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jaimen Joaquin Dominiquez,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Port of Oakland, a Department of the City of Oakland, a Municipal Corporation; Service Employees International Union Local 1021, a labor union; William Morrison aka Bill Morrison, Kenneth Taylor, Omar Benjamin, William Edward aka Bill Edwards, Kimberly A. Linderme, Cheryl Perry League, Gina Carradine, Millie Cleveland, Michael Mitchell, Ted Mankowski, Joel Eichenberry, Gary Rutland, Denyce Holsey, Frankie Johnson and Does 1-100, inclusive,<br><br>　　　　Defendants. | **Case No. CV-13-03756-RS**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES FOR OPPOSITION AND REPLY TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:         May 29, 2014<br>Time:        1:30 p.m.<br>Judge:       Hon. Richard Seeborg<br>Location:   Courtroom 3 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Jaimen Joaquin Dominiquez ("Plaintiff") and Defendants, by and through their undersigned counsel, hereby stipulate and request as follows:

WHEREAS, on January 9, 2014 the Court entered an Order directing the parties to complete mediation, ideally before April 9, 2014 (ECF No. 30);

WHEREAS, on March 5, 2014 the Court entered an ADR Clerk's Notice assigning Mark LeHocky as mediator (ECF No. 32) and Mr. LeHocky scheduled a mediation session with the parties for April 8, 2014;

WHEREAS, on March 20, 2014 Defendants filed a Notice of Motion and Motion for Judgment on the Pleadings ("Motion") pursuant to FRCP 12(c) (ECF No. 33);

WHEREAS, on March 20, 2014 the Court entered the following schedule in the docket for this action (see ECF No. 33):

    1. Responses (i.e. Opposition) to Defendants' Motion due by April 3, 2014

    2. Reply due by April 10, 2014

    3. Hearing set for May 29, 2014 at 1:30 p.m.

WHEREAS, the parties have been working together in good faith to resolve this matter and require additional time to engage in settlement negotiations;

WHEREAS, the parties wish to engage in further settlement discussions, including attendance at the April 8, 2014 mediation session, without incurring further or unnecessary litigation expenses;

WHEREAS, counsel for Plaintiff is traveling internationally for a period immediately following the mediation session;

WHEREAS, in light of the parties' ongoing settlement discussions and upcoming mediation session, the parties request that the above deadlines for the Opposition and Reply be extended to allow the parties an opportunity to mediate this matter prior to the deadlines for any further filings, and to allow adequate time to prepare their Opposition and Reply papers in the event that this matter is not settled on or before April 8, 2014;

WHEREAS, no other time modifications have been made in this action;

1   IT IS HEREBY STIPULATED by and between the parties, through their respective
2   counsel:
3   The deadline for Plaintiff to file and serve his Opposition to Defendants' Motion for
4   Judgment on the Pleadings is extended to May 15, 2014.
5   The deadline for Defendants to file and serve their Reply to Plaintiff's Opposition is
6   extended to May 22, 2014.
7   The hearing scheduled for May 29, 2014 at 1:30 p.m. shall remain scheduled at that time,
8   unless the Court reschedules it for another date.
9   **IT IS SO STIPULATED.**

10  Dated: March 21, 2014            LAW OFFICE OF MANUEL A. JUAREZ

                                    By:   /s/ Manuel A. Juarez
                                          Manuel A. Juarez

                                    Attorney for Plaintiff
                                    JAIMEN JOAQUIN DOMINIQUEZ

15  Dated: March 21, 2014            PORT OF OAKLAND
                                    Danny Wan
                                    Daniel Connolly

                                    JONES DAY

                                    By:   /s/ Aaron L. Agenbroad
                                          Aaron L. Agenbroad

                                    Attorneys for Defendants
                                    PORT OF OAKLAND
                                    ATTORNEYS FOR DEFENDANTS
                                    PORT OF OAKLAND; WILLIAM
                                    MORRISON; KENNETH TAYLOR; OMAR
                                    BENJAMIN; WILLIAM EDWARD;
                                    KIMBERLY A. LINDERME; CHERYL
                                    PERRY LEAGUE; GINA CARRADINE;
                                    MICHAEL MITCHELL; TED
                                    MANKOWSKI; JOEL EICHENBERRY;
                                    GARY RUTLAND; DENYCE HOLSEY
                                    AND FRANKIE JOHNSON

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: March 21, 2014

JONES DAY

By: ___/s/ Aaron L. Agenbroad_____
    Aaron L. Agenbroad

Attorneys for Defendants
PORT OF OAKLAND
ATTORNEYS FOR DEFENDANTS
PORT OF OAKLAND; WILLIAM MORRISON; KENNETH TAYLOR; OMAR BENJAMIN; WILLIAM EDWARD; KIMBERLY A. LINDERME; CHERYL PERRY LEAGUE; GINA CARRADINE; MICHAEL MITCHELL; TED MANKOWSKI; JOEL EICHENBERRY; GARY RUTLAND; DENYCE HOLSEY AND FRANKIE JOHNSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: ___3/24_____, 2014    By: ___[signature]_____
    The Honorable Richard Seeborg
    United States District Court Judge

SFI-856218v1