1  Aaron L. Agenbroad (State Bar No. 242613)
   Allison B. Moser (State Bar No. 223065)
2  Allison E. Crow (State Bar No. 279078)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:     +1.415.626.3939
   Facsimile:     +1.415.875.5700
5  Email:  alagenbroad@JonesDay.com
   Email:  amoser@JonesDay.com
6  Email:  acrow@JonesDay.com

7  Danny Wan (State Bar. No. 168323)
   Daniel Connolly (State Bar No. 136005)
8  PORT OF OAKLAND
   530 Water Street
9  Oakland, CA 94607
   Telephone:  (510) 627-1342
10 Facsimile:  (510) 444-2093
   Email:  dwan@portoakland.com
11 Email:  dconnolly@portoakland.com

12 Attorneys for Defendants
   PORT OF OAKLAND, WILLIAM MORRISON;
13 KENNETH TAYLOR; OMAR BENJAMIN;
   WILLIAM EDWARD; KIMBERLY A. LINDERME;
14 CHERYL PERRY LEAGUE; GINA CARRADINE;
   MICHAEL MITCHELL; TED MANKOWSKI; JOEL
15 EICHENBERRY; GARY RUTLAND; DENYCE
   HOLSEY AND FRANKIE JOHNSON

   Manuel A. Juarez (SBN 200706)
   LAW OFFICES OF MANUEL
   A. JUAREZ
   2413 Cedar St., Ste. 200
   Berkeley, CA 94709
   Tel: 510.841.6164
   Fax: 510.841.6164
   Email: BayLaw1@yahoo.com

   Attorney for Plaintiff
   JAIMEN JOAQUIN
   DOMINIQUEZ

16

## UNITED STATES DISTRICT COURT

17

## NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| Jaimen Joaquin Dominiquez, | Case No. CV-13-03756-RS |
| Plaintiff, | **SECOND STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES FOR OPPOSITION AND REPLY TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| Port of Oakland, a Department of the City of Oakland, a Municipal Corporation; Service Employees International Union Local 1021, a labor union; William Morrison aka Bill Morrison, Kenneth Taylor, Omar Benjamin, William Edward aka Bill Edwards, Kimberly A. Linderme, Cheryl Perry League, Gina Carradine, Millie Cleveland, Michael Mitchell, Ted Mankowski, Joel Eichenberry, Gary Rutland, Denyce Holsey, Frankie Johnson and Does 1-100, inclusive, | Date:       May 29, 2014 Time:      1:30 p.m. Judge:     Hon. Richard Seeborg Location:  Courtroom 3 |
| Defendants. | |

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiff Jaimen Joaquin Dominiquez ("Plaintiff")

2    and Defendants, by and through their undersigned counsel, hereby stipulate and request as

3    follows:

4    WHEREAS, on March 20, 2014 Defendants filed a Notice of Motion and Motion for

5    Judgment on the Pleadings ("Motion") pursuant to FRCP 12(c) (ECF No. 33);

6    WHEREAS, on March 20, 2014 the Court entered the following schedule in the docket

7    for this action (see ECF No. 33):

8        1.  Responses (i.e. Opposition) to Defendants' Motion due by April 3, 2014.

9        2.  Reply due by April 10, 2014.

10       3.  Hearing set for May 29, 2014 at 1:30 p.m.

11   WHEREAS, one modification was previously made in this matter by Stipulation and

12   Order (ECF No. 36) on March 24, 2014, extending the Opposition deadline from April 3, 2014 to

13   May 15, 2014, and extending the Reply deadline from April 10, 2014 to May 22, 2014;

14   WHEREAS, the parties attended a mediation session with mediator Mark LeHocky on

15   April 8, 2014;

16   WHEREAS, the parties subsequently reached a settlement in principle on April 12, 2014;

17   WHEREAS, the parties require additional time to mutually negotiate, prepare, and

18   execute a Settlement Agreement;

19   WHEREAS, the parties wish to complete the settlement process without incurring further

20   or unnecessary litigation expenses;

21   WHEREAS, counsel for Plaintiff is travelling internationally from May 3, 2014 until May

22   14, 2014;

23   WHEREAS, in light of the parties' ongoing cooperation to finalize and execute a

24   Settlement Agreement and their need for additional time to do so, the parties request that the

25   current deadlines for the Opposition and Reply to Defendants' Motion be further extended and

26   that the hearing date for Defendants' Motion be continued;

27

28

1    IT IS HEREBY STIPULATED by and between the parties, through their respective

2    counsel:

3    The deadline for Plaintiff to file and serve his Opposition to Defendants' Motion for

4    Judgment on the Pleadings is extended to June 26, 2014.

5    The deadline for Defendants to file and serve their Reply to Plaintiff's Opposition is

6    extended to July 3, 2014.

7    The hearing scheduled for May 29, 2014 at 1:30 p.m. shall be continued to July 24, 2014

8    at 1:30 p.m., or the next available hearing date thereafter.

9    **IT IS SO STIPULATED.**

10   Dated: May 5, 2014                     LAW OFFICE OF MANUEL A. JUAREZ

11                                          By: ___/s/ Manuel A. Juarez_____

12                                              Manuel A. Juarez

13                                          Attorney for Plaintiff
                                            JAIMEN JOAQUIN DOMINIQUEZ

14

15   Dated: May 5, 2014                     PORT OF OAKLAND
                                            Danny Wan
16                                          Daniel Connolly

17                                          JONES DAY

18

19                                          By: ___/s/ Aaron L. Agenbroad_____
                                                Aaron L. Agenbroad

20
                                            Attorneys for Defendants
21                                          PORT OF OAKLAND
                                            ATTORNEYS FOR DEFENDANTS
22                                          PORT OF OAKLAND; WILLIAM
                                            MORRISON; KENNETH TAYLOR; OMAR
                                            BENJAMIN; WILLIAM EDWARD;
23                                          KIMBERLY A. LINDERME; CHERYL
                                            PERRY LEAGUE; GINA CARRADINE;
24                                          MICHAEL MITCHELL; TED
                                            MANKOWSKI; JOEL EICHENBERRY;
25                                          GARY RUTLAND; DENYCE HOLSEY
                                            AND FRANKIE JOHNSON
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: May 5, 2014                                        JONES DAY

                                                          By:   /s/ Aaron L. Agenbroad
                                                                Aaron L. Agenbroad

                                                          Attorneys for Defendants
                                                          PORT OF OAKLAND
                                                          ATTORNEYS FOR DEFENDANTS
                                                          PORT OF OAKLAND; WILLIAM
                                                          MORRISON; KENNETH TAYLOR; OMAR
                                                          BENJAMIN; WILLIAM EDWARD;
                                                          KIMBERLY A. LINDERME; CHERYL
                                                          PERRY LEAGUE; GINA CARRADINE;
                                                          MICHAEL MITCHELL; TED
                                                          MANKOWSKI; JOEL EICHENBERRY;
                                                          GARY RUTLAND; DENYCE HOLSEY
                                                          AND FRANKIE JOHNSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:   5/7            , 2014          By:_____
                                                          The Honorable Richard Seeborg
                                                          United States District Court Judge

SFI-860344v1