| | |
|---|---|
| Aaron L. Agenbroad (State Bar No. 242613)<br>Allison E. Crow (State Bar No. 279078)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone:   +1.415.626.3939<br>Facsimile:    +1.415.875.5700<br>Email:  alagenbroad@JonesDay.com<br>Email:  acrow@JonesDay.com<br><br>Danny Wan (State Bar. No. 168323)<br>Daniel Connolly (State Bar No. 136005)<br>PORT OF OAKLAND<br>530 Water Street<br>Oakland, CA 94607<br>Telephone:  (510) 627-1342<br>Facsimile:   (510) 444-2093<br>Email:  dwan@portoakland.com<br>Email:  dconnolly@portoakland.com<br><br>Attorneys for Defendants<br>PORT OF OAKLAND, WILLIAM MORRISON;<br>KENNETH TAYLOR; OMAR BENJAMIN;<br>WILLIAM EDWARD; KIMBERLY A. LINDERME;<br>CHERYL PERRY LEAGUE; GINA CARRADINE;<br>MICHAEL MITCHELL; TED MANKOWSKI; JOE<br>ECHELBERRY (named as JOEL EICHENBERRY);<br>GARY RUTLAND; DENYCE HOLSEY AND<br>FRANKIE JOHNSON | Manuel A. Juarez (SBN 200706)<br>LAW OFFICES OF MANUEL A.<br>JUAREZ<br>2413 Cedar St., Ste. 200<br>Berkeley, CA 94709<br>Tel: 510.841.6164<br>Fax: 510.841.6164<br>Email: BayLaw1@yahoo.com<br><br>Attorney for Plaintiff<br>JAIMEN JOAQUIN<br>DOMINIQUEZ |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jaimen Joaquin Dominiquez,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Port of Oakland, a Department of the City of Oakland, a Municipal Corporation; Service Employees International Union Local 1021, a labor union; William Morrison aka Bill Morrison, Kenneth Taylor, Omar Benjamin, William Edward aka Bill Edwards, Kimberly A. Linderme, Cheryl Perry League, Gina Carradine, Millie Cleveland, Michael Mitchell, Ted Mankowski, Joel Eichenberry, Gary Rutland, Denyce Holsey, Frankie Johnson and Does 1-100, inclusive,<br><br>　　　　　Defendants | **Case No. CV-13-03756-RS**<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**<br><br>**Judge: Hon. Richard Seeborg** |

1  **TO THE COURT CLERK, ALL PARTIES AND THEIR COUNSEL:**

2   Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties in the above-captioned

3 action, by and through their undersigned counsel, hereby stipulate that this action be and hereby is

4 dismissed in its entirety with prejudice.

5   This Stipulation is made pursuant to the parties' Confidential Severance Agreement and

6 Release of All Claims.  The parties shall bear their own attorneys' fees and costs of suit incurred

7 herein.

8   IT IS SO STIPULATED.

9 Dated: June 18, 2014                          LAW OFFICES OF MANUEL A. JUAREZ

By:  /s/ Manuel A. Juarez (as authorized on
        June 17, 2014)
        Manuel A. Juarez

Attorney for Plaintiff
JAIMEN JOAQUIN DOMINIQUEZ

Dated: June 18, 2014                          PORT OF OAKLAND
Danny Wan
Daniel Connolly


JONES DAY

By:     /s/ Aaron L. Agenbroad
        Aaron L. Agenbroad

Attorneys for Defendants
PORT OF OAKLAND; WILLIAM
MORRISON; KENNETH TAYLOR; OMAR
BENJAMIN; WILLIAM EDWARD;
KIMBERLY A. LINDERME; CHERYL
PERRY LEAGUE; GINA CARRADINE;
MICHAEL MITCHELL; TED
MANKOWSKI; JOE ECHELBERRY (aka
JOEL EICHENBERRY); GARY RUTLAND;
DENYCE HOLSEY AND FRANKIE
JOHNSON

1  **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

2  Pursuant to Federal Rule of Civil Procedure 41, and with the stipulation and consent of all
3  parties, IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH
4  PREJUDICE, each party to bear its own fees and costs.

5  **IT IS SO ORDERED.**

6  Dated: __6/23_____, 2014     By: _/s/ Richard Seeborg_____
7  The Honorable Richard Seeborg
   United States District Court Judge for the
   Northern District of California